# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**FRANKIE WILLIAMS**                                                      **PLAINTIFF**
**ADC #95949**

**v.**                          **CASE NO. 5:15CV00281 BSM**

**WENDY KELLY et al.**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, this case is hereby dismissed without

prejudice.

DATED this 6th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE